```
McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```



FILED
NOV 29 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00229-CKD |
|---|---|
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| v. | |
| DASHELL BOATMAN, | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States on November 29, 2018, IT IS HEREBY ORDERED that the pending Criminal Complaint in case number 2:18-MJ-00229-CKD is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: November 29, 2018

_____
THE HONORABLE KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE