UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 29, 2018

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DASHELL BOATMAN

Defendant.

Case No. 2:18-mj-00229-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DASHELL BOATMAN Case No. 2:18-mj-00229-KJN Charge 18 USC § 922(g)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

    \_\_\_\_\_ Unsecured Appearance Bond $ \_\_\_\_\_

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): Order dismissing case.

Issued at Sacramento, California on November 29, 2018 at 9:45 AM

By: _____

Magistrate Judge Kendall J. Newman